Prob 49
(Rev. 07/13 - D/SC)

# UNITED STATES DISTRICT COURT

## Columbia, District of South Carolina

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation/Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation/Supervised Release or to the proposed extension of my term of supervision:

1. You must reside in the residential re-entry center for up to 180 days as coordinated by the U.S. Probation Office and you must follow the rules and regulations of the center.

Witness: *Jennifer L. Douglass*
Jennifer L. Douglass
U.S. Probation Officer

Signed: *Jeffery Lee Harris*
Jeffery Lee Harris
Probationer or Supervised Releasee

4/08/2020
Date